IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**YETI COOLERS, LLC,**<br><br>Defendant. | Civil Action No.: 1:20-cv-00503-RP<br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Now comes Plaintiff, Symbology Innovations, LLC, by and through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1), and hereby voluntarily dismisses all of the claims asserted against Defendant Yeti Coolers, LLC in the within action WITHOUT PREJUDICE. Yeti Coolers, LLC has not served an answer or a motion for summary judgment.

Dated: June 24, 2020

Together with:

SAND, SEBOLT & WERNOW CO., LPA
Howard L. Wernow
(*pro hac vice forthcoming*)
Aegis Tower - Suite 1100
4940 Munson Street, N. W.
Canton, Ohio 44718
Phone: 330-244-1174
Fax: 330-244-1173
Howard.Wernow@sswip.com

Respectfully submitted,

*/s/Jay Johnson*
Jay Johnson
KIZZIA & JOHNSON, PLLC
1910 Pacific Avenue – Suite 13000
Dallas, Texas 75201
Phone: 214-451-0164
Fax: 214-451-0165
jay@kjpllc.com

ATTORNEYS FOR PLAINTIFF