IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:20-CV-503-RP |
| | § | |
| YETI COOLERS, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On June 24, 2020, Plaintiff Symbology Innovations, LLC ("Symbology") dismissed all claims in this case without prejudice by notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. 13). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Defendant Yeti Coolers, LLC has not served an answer or a motion for summary judgment. Symbology's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on June 25, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE